

The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

July 2, 2024

> The motion to adjourn the conference is GRANTED.  Parties are directed to submit the settlement papers by July 12, 2024.  The settlement conference is adjourned to July 18, 2024 at 3:00 PM.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
>
> July 2, 2024

**Via ECF**
Hon. Lewis J. Liman
United States Courthouse
500 Pearl St
New York, NY 10007

  *Re:*  *Suriel v. Mexican Bistro Corp. et al.*
      1:23-CV-07600 (LJL)

Dear Judge Liman:

  This office represents Plaintiff.  I owe an apology to both the Court and my adversary.  I had drafted an adjournment/extension request letter to the Court a few weeks ago but I forgot to file it.  This is my fault and not my opposing counsel.

  The parties jointly request an extension to provide the Court with the FLSA settlement application and therefore to adjourn today's conference.  The settlement application papers are currently due on June 28, 2024 and we are requesting a two-week extension until July 12, 2024.  My office had a dispute with Veritext with respect to a deposition invoice that was resolved yesterday.  The parties have agreed to the settlement language—all that is left is for the parties to sign.

  This is the parties first request for an extension.  We appreciate the Court's consideration.

  Again, I apologize for the last-minute request.  I truly thought I had filed the adjournment papers.

                  Respectfully submitted,

                By:  */s Jacob Aronauer*
                    Jacob Aronauer

**Via ECF**
*All attorneys on record*